# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP, <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE, INC., <br><br> Defendant. | C.A. No. 23-377-JLH <br><br> **ANDA CASE** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, subject to the approval of the Court, that the deadline for the close of fact discovery be extended from July 19, 2024 (D.I. 41) to July 31, 2024 solely for the purpose of completing depositions previously noticed. No other fact discovery shall be permitted past the current July 19, 2024 deadline.

Pursuant to Local Rule 16.4(b), the undersigned counsel certify that their clients have been sent a copy of this stipulation.

Dated: July 17, 2024

| SMITH, KATZENSTEIN & JENKINS LLP | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com <br><br> *Attorneys for Plaintiffs Ingenus Pharmaceuticals, LLC, and Leiutis Pharmaceuticals LLP* | */s/ Benjamin J. Schladweiler* <br> Benjamin J. Schladweiler (No. 4601) <br> Renée Mosley Delcollo (No. 6442) <br> 222 Delaware Avenue <br> Suite 1600 <br> Wilmington, DE 19801 <br> (302) 661-7000 <br> schladweilerb@gtlaw.com <br> renee.delcollo@gtlaw.com <br><br> *Attorneys for Accord Healthcare, Inc.* |

SO ORDERED this ___ day of _____, 2024.

_____
United States District Judge