# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC and LEIUTIS PHARMACEUTICALS LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE INC.,<br><br>Defendant. | C.A. No. 23-377-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 29, 2024, a true and correct copy of Defendant's Supplemental Responses to Plaintiffs' First Requests for Admissions (Nos. 1-68) was caused to be served on the following counsel as indicated:

**VIA EMAIL**
Neal C. Belgam
Daniel A. Taylor
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP*

**VIA EMAIL**
Michael R. Dzwonczyk
John T. Callahan
Chidambaram S. Iyer
L. Roman Rachuba
Sughrue Mion PLLC
2000 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C. 20006
mdzwonczyk@sughrue.com
jcallahan@sughrue.com
ciyer@sughrue.com
lrachuba@sughrue.com

*Attorneys for Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP*

| OF COUNSEL: | GREENBERG TRAURIG, LLP |
|---|---|
|  | */s/ Benjamin J. Schladweiler* |
| Alejandro Menchaca | Benjamin J. Schladweiler (#4601) |
| Bradley Loren | Renée Mosley Delcollo (#6442) |
| Ben J. Mahon | 222 Delaware Avenue, Suite 1600 |
| Rajendra A. Chiplunkar | Wilmington, DE 19801 |
| MCANDREWS, HELD & MALLOY, LTD. | (302) 661-7000 |
| 500 West Madison St., 34th Floor | schladweilerb@gtlaw.com |
| Chicago, IL 60661 | renee.delcollo@gtlaw.com |
| (312) 775-8000 |  |
| amenchaca@mcandrews-ip.com | *Attorneys for Defendant Accord Healthcare, Inc.* |
| bloren@mcandrews-ip.com |  |
| bmahon@mcandrews-ip.com |  |
| rchiplunkar@mcandrews-ip.com |  |

Dated: July 30, 2024