# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP, <br><br> Plaintiff, <br><br> v. <br><br> ACCORD HEALTHCARE, INC, <br><br> Defendant. | C.A. No. 23-377-JLH <br> **ANDA CASE** |

## NOTICE OF CLAIM CONSTRUCTION DECISION IN RELATED CASE

PLEASE TAKE NOTICE that on July 31, 2024 Judge Mary M. Rowland of the United States District Court for the Northern District of Illinois issued a Memorandum Opinion and Order (attached hereto as Exhibit A) construing various terms of U.S. Patent Number 10,993,952. *Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals, LLP v. Nexus Pharmaceuticals, Inc.*, No. 1:22-cv-2868, D.I. 83 (N.D. Il. Jul. 31, 2024). The '952 Patent is the sole patent-in-suit in this litigation. (D.I. 1).

Dated: August 7, 2024

*Of Counsel:*

SUGHRUE MION, PLLC
Michael R. Dzwonczyk
John T. Callahan
Chidambaram S. Iyer
L. Roman Rachuba
2000 Pennsylvania Ave., NW
Washington, DC 20037
(202) 293-7060
mdzwonczyk@sughrue.com
jcallahan@sughrue.com
ciyer@sughrue.com
lrachuba@sughrue.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiffs Ingenus Pharmaceuticals, LLC, and Leiutis Pharmaceuticals LLP*