# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | C.A. No. 23-377-JLH<br><br>ANDA CASE |

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME**

WHEREAS, opening expert reports are presently due to be served on Friday, September 27, 2024 (D.I 18 at ¶ 24(a));

WHEREAS, due to medical reasons, Plaintiff's expert, Rodolfo Pinal, Ph.D., is unable to continue in his capacity; and

WHEREAS, the parties have agreed to extend the deadline for disclosure of expert testimony by six (6) weeks to November 8, 2024, and to extend other deadlines as shown in the table below;

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports | September 27, 2024 | November 8, 2024 |
| Rebuttal Expert Reports | October 28, 2024 | December 9, 2024 |
| Reply Expert Reports | November 13, 2024 | December 23, 2024 |
| Close of Expert Discovery | November 26, 2024 | January 17, 2025 |
| *Daubert* Opening Briefs | December 13, 2024 | January 24, 2025*** (see next page) |
| *Daubert* Answering Briefs | | |
| *Daubert* Reply Briefs | | |
| Joint Pretrial Order Filing | February 4, 2025 | February 19, 2025 |
| Pretrial Conference | February 25, 2025 | February 25, 2025 (no change) |
| Trial (3 day bench) | March 24, 2025 | March 24, 2025 (no change) |

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, subject to the approval of the Court, that the deadline for disclosure of expert testimony shall be extended from

September 27, 2024 to November 8, 2024; the deadline for the disclosure of rebuttal expert testimony shall be extended from October 28, 2024 to December 9, 2024; the deadline for reply expert reports shall be extended from November 13, 2024 to December 23, 2024; the close of expert discovery shall be extended from November 26, 2024 to January 17, 2025; the deadline for submission of *Daubert* opening briefs shall be extended from December 13, 2024 to January 24, 2025; the deadline to file the Joint Pretrial Oder shall be extended from February 4, 2025 to February 19, 2025; and all other deadlines shall remain unchanged.

Pursuant to Local Rule 16.4(b), the undersigned counsel certify that their clients have been sent a copy of this stipulation.

Dated: September 24, 2024

| SMITH, KATZENSTEIN & JENKINS LLP | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ *Daniel A. Taylor* | /s/ *Renée Mosley Delcollo* |
| Neal C. Belgam (No. 2721) | Benjamin J. Schladweiler (No. 4601) |
| Daniel A. Taylor (No. 6934) | Renée Mosley Delcollo (No. 6442) |
| 1000 West Street, Suite 1501 | 222 Delaware Avenue |
| Wilmington, DE 19801 | Suite 1600 |
| (302) 652-8400 | Wilmington, DE 19801 |
| nbelgam@skjlaw.com | (302) 661-7000 |
| dtaylor@skjlaw.com | schladweilerb@gtlaw.com |
| | renee.delcollo@gtlaw.com |
| *Attorneys for Plaintiffs Ingenus Pharmaceuticals, LLC, and Leiutis Pharmaceuticals LLP* | *Attorneys for Defendant Accord Healthcare, Inc.* |

SO ORDERED this 4th day of October, 2024

_____
United States District Judge

***The parties have proposed a tight schedule for the Court to rule on *Daubert* motions. The Court is willing to afford the parties the time they think they need for expert reports, but that will not leave sufficient time for full briefing on *Daubert* motions. The parties may file 3-page letters on or before January 24, 2025 requesting leave for full *Daubert* briefing. Any opposing party(ies) may respond with a 3-page letter within 3 days. The Court may thereafter order a teleconference and/or may choose to conditionally admit expert testimony subject to a later Rule 702 determination. *See UGI Sunbury LLC v. A Permanent Easement for 1.7575 Acres*, 949 F.3d 825, 833 (3d Cir. 2020).