# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | C.A. No. 23-377-JLH<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 8, 2024, Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP served the Highly Confidential Outside Counsel's Eyes Only Opening Expert Report of Alpaslan Yaman, Ph.D. on the following counsel for Defendant via email:

Benjamin J. Schladweiler
Renée Mosley Delcollo
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

Alejandro Menchaca
Bradley Loren
Ben J. Mahon
Rajendra A. Chiplunkar
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison St., 34th Floor
Chicago, IL 60661
(312)775-8000
amenchaca@mcandrews-ip.com
bloren@mcandrews-ip.com
bmahon@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com

Dated: November 8, 2024

                                      SMITH, KATZENSTEIN & JENKINS LLP

                                      */s/ Daniel A. Taylor*
                                      Neal C. Belgam (No. 2721)
                                      Daniel A. Taylor (No. 6934)
                                      1000 West Street, Suite 1501
                                      Wilmington, DE 19801
                                      (302) 652-8400
                                      nbelgam@skjlaw.com
                                      dtaylor@skjlaw.com

                                      *Attorneys for Plaintiffs Ingenus*
                                      *Pharmaceuticals, LLC, and Leiutis*
                                      *Pharmaceuticals LLP*