# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>        Plaintiffs,<br><br>        v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>        Defendant. | C.A. No. 23-377-JLH<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 9, 2024, Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP served the following expert reports designated Highly Confidential – Attorneys' Eyes Only under the Protective Order in this matter (D.I. 25):

- the Affirmative Expert Report of Stephen A. Holzen;
- the Expert Report of Alpaslan Yaman, Ph.D.; and
- the Expert Report of William C. Zamboni, PharmD, PhD.

These expert reports were served on the following counsel for Defendant via email:

Benjamin J. Schladweiler
Renée Mosley Delcollo
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

Alejandro Menchaca
Bradley Loren
Ben J. Mahon
Rajendra A. Chiplunkar
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison St., 34th Floor
Chicago, IL 60661
(312)775-8000
amenchaca@mcandrews-ip.com
bloren@mcandrews-ip.com
bmahon@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com

Dated: December 10, 2024

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiffs Ingenus Pharmaceuticals, LLC, and Leiutis Pharmaceuticals LLP*