# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC. and INTAS PHARMACEUTICALS LTD.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00377-JLH |

## MOTION FOR TELECONFERENCE TO RESOLVE A DISCOVERY DISPUTE

Defendants ("Accord") respectfully move this Court for a teleconference to resolve the following discovery dispute:

- Accord seeks to strike certain portions of the Expert Report of Stephen Holzen, served on December 9, 2024.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a meet and confer by telephone on December 13, 2024:

Delaware Counsel: Benjamin J. Schladweiler (Accord) and Daniel Taylor (Ingenus)

Lead Counsel: Alejandro Menchaca (Accord) and Roman Rachuba (Ingenus)

The parties are available for a teleconference on the following dates:

- January 7, 2025
- January 9, 2025
- January 10, 2025

| | |
|---|---|
| OF COUNSEL:<br><br>Alejandro Menchaca<br>Rajendra A. Chiplunkar<br>Ben J. Mahon<br>Bradley P. Loren<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison St., 34th Floor<br>Chicago, IL 60661<br>(312) 775-8000 | GREENBERG TRAURIG, LLP<br><br>*/s/ Benjamin J. Schladweiler*<br>Benjamin J. Schladweiler (#4601)<br>Renée Mosley Delcollo (#6442)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>(302) 661-7000<br>schladweilerb@gtlaw.com<br>renee.delcollo@gtlaw.com<br><br>*Attorneys for Defendants.* |

DATED: December 17, 2024