### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | C.A. No. 23-377-JLH<br><br>**ANDA CASE** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 23, 2024, Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP served the Expert Reply Report of Alpaslan Yaman, Ph.D., designated Highly Confidential Outside Counsel's Eyes Only, on the following counsel for Defendant via email:

Benjamin J. Schladweiler
Renée Mosley Delcollo
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

Alejandro Menchaca
Bradley Loren
Ben J. Mahon
Rajendra A. Chiplunkar
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison St., 34th Floor
Chicago, IL 60661
(312)775-8000
amenchaca@mcandrews-ip.com
bloren@mcandrews-ip.com
bmahon@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com

Dated: December 23, 2024

                          SMITH, KATZENSTEIN & JENKINS LLP

                          */s/ Daniel A. Taylor*
                          Neal C. Belgam (No. 2721)
                          Daniel A. Taylor (No. 6934)
                          1000 West Street, Suite 1501
                          Wilmington, DE 19801
                          (302) 652-8400
                          nbelgam@skjlaw.com
                          dtaylor@skjlaw.com

                          *Attorneys for Plaintiffs Ingenus Pharmaceuticals, LLC, and Leiutis Pharmaceuticals LLP*