# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC and LEIUTIS PHARMACEUTICALS LLP, <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> Defendant. | C.A. No. 23-377-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 23, 2024, true and correct copies of the Reply Expert Report of Dr. Jason McConville regarding U.S. Patent No. 10,993,952 were caused to be served on the following counsel as indicated:

**VIA EMAIL**
Neal C. Belgam
Daniel A. Taylor
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP*

**VIA EMAIL**
Michael R. Dzwonczyk
John T. Callahan
L. Roman Rachuba
Sughrue Mion PLLC
2000 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C. 20006
mdzwonczyk@sughrue.com
jcallahan@sughrue.com
lrachuba@sughrue.com

*Attorneys for Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP*

2

| | |
|---|---|
| OF COUNSEL:<br><br>Alejandro Menchaca<br>Bradley Loren<br>Ben J. Mahon<br>Rajendra A. Chiplunkar<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison St., 34th Floor<br>Chicago, IL 60661<br>(312) 775-8000<br>amenchaca@mcandrews-ip.com<br>bloren@mcandrews-ip.com<br>bmahon@mcandrews-ip.com<br>rchiplunkar@mcandrews-ip.com<br><br>Dated: December 26, 2024 | GREENBERG TRAURIG, LLP<br><br>*/s/ Benjamin J. Schladweiler*<br>Benjamin J. Schladweiler (#4601)<br>Renée Mosley Delcollo (#6442)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>(302) 661-7000<br>schladweilerb@gtlaw.com<br>renee.delcollo@gtlaw.com<br><br>*Attorneys for Defendant Accord Healthcare, Inc.* |