**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| INGENUS PHARMACEUTICALS, LLC and LEIUTIS PHARMACEUTICALS LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE INC.,<br><br>Defendant. | C.A. No. 23-377-JLH |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2024, true and correct copies of the Letter to the Honorable Jennifer A. Hall regarding Defendants' Motion to Strike Portions of the Expert Report of Stephen Holzen (D.I. 64), were caused to be served on the following counsel as indicated:

**VIA EMAIL**
Neal C. Belgam
Daniel A. Taylor
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiffs Ingenus*
*Pharmaceuticals, LLC and Leiutis*
*Pharmaceuticals LLP*

**VIA EMAIL**
Michael R. Dzwonczyk
John T. Callahan
L. Roman Rachuba
Sughrue Mion PLLC
2000 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C. 20006
mdzwonczyk@sughrue.com
jcallahan@sughrue.com
lrachuba@sughrue.com

*Attorneys for Plaintiffs Ingenus*
*Pharmaceuticals, LLC and Leiutis*
*Pharmaceuticals LLP*

2

OF COUNSEL:

Alejandro Menchaca
Bradley Loren
Ben J. Mahon
Rajendra A. Chiplunkar
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison St., 34ᵗʰ Floor
Chicago, IL 60661
(312) 775-8000
amenchaca@mcandrews-ip.com
bloren@mcandrews-ip.com
bmahon@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com

Dated: January 2, 2025

GREENBERG TRAURIG, LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Attorneys for Defendant Accord
Healthcare, Inc.*

2