## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC. and INTAS PHARMACEUTICALS LTD.,<br><br>Defendants. | Case No. 1:23-cv-00377-JLH |

## [PROPOSED] ORDER

This Court, having considered Defendants Accord Healthcare Inc. and Intas Pharmaceuticals Ltd.'s ("Accord") Motion to Strike Portions of the Expert Report of Stephen Holzen (the "Motion"), and all of the evidence and argument submitted therewith,

IT IS HEREBY ORDERED, this _____ day of _____, 2025 that Accord's Motion is GRANTED. Paragraphs 33-49, 51-60, 69 of Mr. Holzen's report relating to commercial success, sales and market share, and licensing are hereby stricken and Mr. Holzen is precluded from offering any testimony on the commercial success, sales and market share, and licensing of Ingenus' commercial products.

_____

UNITED STATES DISTRICT JUDGE