# EXHIBIT 5

# UNREDACTED PUBLIC VERSION

| | |
|---|---|
| **From:** | Callahan, John T. |
| **To:** | Alex Menchaca; Ben J. Mahon; Brad P. Loren |
| **Cc:** | Dzwonczyk, Michael R.; Iyer, Chid S.; Rachuba, L Roman; Cooper, Luke W.; Electronic Case Mgmt |
| **Subject:** | Ingenus Pharmaceuticals, LLC v. Accord Healthcare, Inc. (D. Del. 1:23-cv-00377) |
| **Date:** | Monday, September 16, 2024 3:09:36 PM |
| **Attachments:** | Undertaking Holzen.pdf<br>CV Holzen.pdf |

Counsel,

Attached are an undertaking and cv for Stephen Holzen.

Regards,
John

*John Callahan*

Sughrue Mion PLLC

2000 Pennsylvania Ave. N.W.

Suite 9000

Washington, D.C. 20006

(202) 663-7387 [Direct]

(202) 293-7860 [Facsimile]

www.sughrue.com

This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Sughrue Mion, PLLC immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer.  Thank you.