# EXHIBIT 6

# UNREDACTED PUBLIC VERSION

| | |
|---|---|
| **From:** | Rachuba, L Roman |
| **To:** | Alex Menchaca; Cooper, Luke W.; "Morgan M. Daughton"; Ben J. Mahon; "Benjamin J. Schladweiler"; Brad P. Loren; Rajendra A. Chiplunkar; "Renee Mosley-Delcollo" |
| **Cc:** | Iyer, Chid S.; "Daniel A. Taylor"; Callahan, John T.; Dzwonczyk, Michael R.; "Neal C. Belgam"; Electronic Case Mgmt |
| **Subject:** | RE: Case 1:23-cv-00377-CFC, Ingenus Pharmaceuticals, LLC, et al. v. Accord Healthcare, Inc. |
| **Date:** | Tuesday, October 29, 2024 5:40:25 PM |
| **Attachments:** | image002.png |

Alex, that document (as well as the one produced today) is responsive to at least Accord's RFP No. 16.

Any discussion on the contents of any expert report yet to be served is premature. If Accord still wants to raise an issue on the content of Plaintiffs' expert reports after service, we can discuss then.

Thanks,
Roman

---

**From:** Alex Menchaca <AMENCHACA@mcandrews-ip.com>
**Sent:** Monday, October 14, 2024 12:13 PM
**To:** Cooper, Luke W. <lcooper@sughrue.com>; 'Morgan M. Daughton' <mdaughton@skjlaw.com>; Ben J. Mahon <BMahon@mcandrews-ip.com>; 'Benjamin J. Schladweiler' <schladweilerb@gtlaw.com>; Brad P. Loren <BLoren@mcandrews-ip.com>; Rajendra A. Chiplunkar <RChiplunkar@mcandrews-ip.com>; 'Renee Mosley-Delcollo' <renee.delcollo@gtlaw.com>
**Cc:** Iyer, Chid S. <ciyer@sughrue.com>; 'Daniel A. Taylor' <DAT@skjlaw.com>; Callahan, John T. <Jcallahan@sughrue.com>; Rachuba, L Roman <lrachuba@sughrue.com>; Dzwonczyk, Michael R. <mdzwonczyk@sughrue.com>; 'Neal C. Belgam' <NCB@skjlaw.com>; Electronic Case Mgmt <E@mcandrews-ip.com>
**Subject:** RE: Case 1:23-cv-00377-CFC, Ingenus Pharmaceuticals, LLC, et al. v. Accord Healthcare, Inc.

Counsel,

Regarding the attached document, it appears to be a summary of sales information.
Accord also notes that Ingenus disclosed a financial consultant, Stephen Holzen.
As Ingenus is aware, Ingenus has not asserted any allegations of commercial success or other issue that may be addressed by a financial expert or be supported by sales information.
Accord advises that should Ingenus seek to raise in this action any issue related to the attached financial information, such as commercial success, Accord will move to strike any such proposed opinions and evidence.
Please advise by return email if Ingenus will seek to raise such issues so that the parties may address the matter now instead of after rebuttal expert reports.

Best regards,
Alex.