# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>        Plaintiffs,<br><br>        v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>        Defendant. | C.A. No. 23-377-JLH<br><br>**ANDA CASE** |

### [~~PROPOSED~~] ORDER

WHEREAS, the Court has considered Plaintiffs' Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the Tuesday, February 25, 2025 Pretrial Conference, the following persons are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- Michael Dzwonczyk, admitted *pro hac vice*
- John T. Callahan, admitted *pro hac vice*
- L. Roman Rachuba, admitted *pro hac vice*
- Morgan M. Daughton, Paralegal

SO ORDERED this <u>20th</u> day of February, 2025

                                                                                                                           _____
                                                                                                                           The Honorable Jennifer L. Hall
                                                                                                                           United States District Judge