IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>  Plaintiffs,<br><br>  v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>  Defendant. | C.A. No. 23-377-JLH |

## ORDER AFTER PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that a two-day bench trial is set to begin on March 25, 2025. The Proposed Pretrial Order (D.I. 72) is ADOPTED with the exception of paragraph 79. The Court will order a post-trial briefing schedule after the conclusion of the trial. The parties shall meet and confer before March 10, 2025, and submit a joint letter to the court setting forth their positions regarding (a) the number of total hours needed for the bench trial, (b) the estimated time required for deposition designations, and (c) whether the parties seek to present closing arguments. The parties shall submit a separate letter to the Court by March 21, 2025, containing a list of witness names and technical terms.

Dated: February 25, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE