

March 10, 2025

*Via CM/ECF and Hand Delivery*

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
Unit 17, Room 6312
844 North King Street
Wilmington, DE 19801-3555

      Re:    ***Ingenus Pharmaceuticals, LLC, and Leiutis Pharmaceuticals LLP v. Accord Healthcare, Inc.***, **C.A. No. 23-377-JLH**

Dear Judge Hall:

      We represent Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP ("Ingenus") in the above-referenced matter. We write jointly with Defendant Accord Healthcare, Inc. in reference to Your Honor's February 25, 2025 Order After Pretrial Conference. On the following issues, the parties have met and conferred and state as follows:

### Trial Time

      Ingenus respectfully requests 7.5 hours of trial time per side. As stated at the PTC, Accord believes it will use no more than 5 hours, but does not object to Ingenus' request.

### Deposition designations

      The parties estimate that in addition to the above trial time, the parties presently plan to introduce approximately 60 minutes of testimony through deposition designations.

### Closing arguments

      The above requested trial time does not include closing arguments. The parties do not request closing arguments but are available to do so at the Court's convenience.

### Confidential information

      The parties do not expect to request to seal the courtroom during trial. To protect any confidential information, the parties will work together to avoid displaying specific confidential information on the courtroom displays and screens..

Respectfully submitted,

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)

      cc:    All Counsel of Record (via CM/ECF and email)