IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC and LEIUTIS PHARMACEUTICALS LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE INC.,<br><br>Defendant. | C.A. No. 23-377-JLH |

**DEFENDANT'S MOTION AND [PROPOSED] ORDER FOR A LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Defendant Accord Healthcare Inc. ("Defendant" or "Accord") respectfully requests an exemption from the Court's May 17, 2024 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following individuals may bring their personal electronic devices, including their cellular phones, smart phones, laptop computers, smart watches, and tablet computers (along with monitors, computer mice, charging devices, power cords, extension cords USB drives HDMI matrix, MiFi/Hotspot devices) to the pre-trial set-up scheduled for March 24, 2025 and trial from scheduled for March 25, 2025 through March 26, 2025 in this matter:

| Lead Counsel | | | | |
|---|---|---|---|---|
| Alejandro Menchaca | Rajendra A. Chiplunkar | Ben J. Mahon | Bradley Loren | |

| Paralegals | | | | |
|---|---|---|---|---|
| Annette Vonder Mehden | Tonia Younus | | | |

| Graphics Team | | | | |
|---|---|---|---|---|
| Cliff Carrillo | | | | |

All persons named herein will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
| OF COUNSEL: | GREENBERG TRAURIG, LLP |
| | */s/ Renée Mosley Delcollo* |
| Alejandro Menchaca | Benjamin J. Schladweiler (#4601) |
| Rajendra A. Chiplunkar | Renée Mosley Delcollo (#6442) |
| Ben J. Mahon | 222 Delaware Avenue, Suite 1600 |
| Bradley Loren | Wilmington, DE 19801 |
| MCANDREWS, HELD & MALLOY, LTD. | (302) 661-7000 |
| 500 West Madison St., 34th Floor | schladweilerb@gtlaw.com |
| Chicago, IL 60661 | renee.delcollo@gtlaw.com |
| (312) 775-8000 | |
| amenchaca@mcandrews-ip.com | *Attorneys for Defendant Accord Healthcare, Inc.* |
| rchiplunkar@mcandrews-ip.com | |
| bmahon@mcandrews-ip.com | |
| bloren@mcandrews-ip.com | |

Dated: March 11, 2025

IT IS SO ORDERED this __11th__ day of __March__, 2025.

```
_____
       The Honorable Jennifer L. Hall
          United States District Judge
```