# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP, <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 23-377-JLH |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' letter (D.I. 80), each side will have 7.5 hours to try its case in the bench trial scheduled for March 25, 2025.

Dated: March 14, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE