# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | C.A. No. 23-377-JLH<br><br>**ANDA CASE** |

**INGENUS PHARMACEUTICALS, LLC, AND LEIUTIS PHARMACEUTICALS LLP'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP ("Plaintiffs") respectfully move the Court to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of its motion, Defendant states as follows:

1. The District of Delaware's May 17, 2024, Standing Order provides procedures to regulate the possession and use of personal electronic devices having a primary function of wireless communication by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024, Standing Order provides for certain exemptions to the Standing Order.

2. Trial Courtroom Setup in the above captioned action is set to begin Monday, March 24, 2025, at 03:30 pm in Courtroom 6D.

3. A Trial in the above captioned action is set to begin Tuesday, March 25, 2025, at 08:30 am in Courtroom 6D.

4. The following personnel from Plaintiffs' team plan to attend the Trial and Trial Courtroom Setup and require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order:

- Michael Dzwonczyk, admitted *pro hac vice*
- John T. Callahan, admitted *pro hac vice*
- L. Roman Rachuba, admitted *pro hac vice*
- Suann Ingle, trial support
- Dr. Alpasan Yaman, expert witness
- Dr. William C. Zamboni, expert witness
- Samir Mehta, Ingenus CFO
- Morgan M. Daughton, Paralegal

WHEREFORE, Plaintiffs respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order.

Dated: March 19, 2025

*Of Counsel:*

Michael Dzwonczyk
John T. Callahan
L. Roman Rachuba
**SUGHRUE MION PLLC**
2000 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20006
(973) 998-7722
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
mdzwonczyk@sughrue.com
jcallahan@sughrue.com
lrachuba@sughrue.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP*