IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | C.A. No. 23-377-JLH<br><br>ANDA CASE |

**[PROPOSED] ORDER**

WHEREAS, the Court has considered Plaintiffs' Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the Monday, March 24, 2025 Trial Courtroom Setup and the Tuesday, March 25, 2025 Trial, the following persons are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- Michael Dzwonczyk, admitted *pro hac vice*
- John T. Callahan, admitted *pro hac vice*
- L. Roman Rachuba, admitted *pro hac vice*
- Suann Ingle, trial support
- Dr. Alpasan Yaman, expert witness
- Dr. William C. Zamboni, expert witness
- Samir Mehta, Ingenus CFO
- Morgan M. Daughton, Paralegal

SO ORDERED this 19th day of March, 2025

_____
The Honorable Jennifer L. Hall
United States District Judge