## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INGENUS PHARMACEUTICALS, LLC,
and LEIUTIS PHARMACEUTICALS LLP,

Plaintiffs,

v.

ACCORD HEALTHCARE, INC.,

Defendant.

C.A. No. 23-377-JLH

### STIPULATION AND [PROPOSED] ORDER TO
### CONTINUE TRIAL AND TO STAY THE ACTION

Plaintiffs Ingenus Pharmaceuticals, LLC and Leiutis Pharmaceuticals LLP (collectively "Ingenus") and Defendant Accord Healthcare, Inc. ("Accord") (collectively, the "Parties") have reached an agreement in principle to settle all disputes in the above-captioned matter.

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, that:

1. The bench trial in this matter, scheduled for March 25-26, 2025 is hereby CONTINUED;

2. This matter is hereby STAYED; and

3. Unless the Parties file a Stipulation of Dismissal prior to June ~~21~~ 20, 2025, no later than June ~~21~~ 20, 2025, the Parties SHALL SUBMIT a Joint Status Report to the Court.

Dated: March 21, 2025

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiffs*
*Ingenus Pharmaceuticals, LLC, and*
*Leiutis Pharmaceuticals LLP*

GREENBERG TRAURIG, LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (No. 4601)
Renée Mosley Delcollo (No. 6442)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

IT IS SO ORDERED this 24th day of March , 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge