# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENUS PHARMACEUTICALS, LLC, and LEIUTIS PHARMACEUTICALS LLP,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>    Defendant. | C.A. No. 23-377-JLH |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and an Agreement between Plaintiffs Ingenus, Inc. ("Ingenus") and Leiutis Pharmaceuticals LLP (collectively, "Plaintiffs" or "Counterclaim Defendant"), and Defendant/Counterclaim-Plaintiff Accord Healthcare, Inc. ("Accord" or "Defendant") (collectively with Ingenus, the "Parties") dated March 21, 2025 ("the Agreement"), the Parties hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the Agreement.

Dated: March 28, 2025

| SMITH, KATZENSTEIN & JENKINS LLP | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ Daniel A. Taylor | /s/ Benjamin J. Schladweiler |
| Neal C. Belgam (No. 2721) | Benjamin J. Schladweiler (No. 4601) |
| Daniel A. Taylor (No. 6934) | Renée Mosley Delcollo (No. 6442) |
| 1000 West Street, Suite 1501 | 222 Delaware Avenue |
| Wilmington, DE 19801 | Suite 1600 |
| (302) 652-8400 | Wilmington, DE 19801 |
| nbelgam@skjlaw.com | (302) 661-7000 |
| dtaylor@skjlaw.com | schladweilerb@gtlaw.com |
|  | renee.delcollo@gtlaw.com |
| *Attorneys for Plaintiffs* | |
| *Ingenus Pharmaceuticals, LLC, and* | *Attorneys for Defendant* |
| *Leiutis Pharmaceuticals LLP* | *Accord Healthcare, Inc.* |
| *Of Counsel:* | *Of Counsel:* |
| Michael Dzwonczyk | Alejandro Menchaca |
| mdzwonczyk@sughrue.com | amenchaca@mcandrews-ip.com |
| John T. Callahan | Rajendra A. Chiplunkar |
| jcallahan@sughrue.com | rchiplunkar@mcandrews-ip.com |
| SUGHRUE MION PLLC | Ben J. Mahon |
| 2000 Pennsylvania Ave., N.W., | bmahon@mcandrews-ip.com |
| Suite 900 | Bradley P. Loren |
| Washington, D.C. 20006 | bloren@mcandrews-ip.com McAndrews, |
| Telephone: (202) 293-7060 | Held & Malloy, Ltd |
| Facsimile: (202) 293-7860 | 500 West Madison St., 34th Floor |
|  | Chicago, IL 60661 |
|  | (312) 775-8000 |

SO ORDERED this  1st  day of  April  , 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge

2